IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL ANTHONY DAILEY,

    Plaintiff,

vs.                                  No. CIV 08-538 MCA/LFG

ROBERT ULIBARRI, GILBERT GARCIA,
ELMER BUSTOS, JAMES THOMAS,
LEROY W. THOMPSON, and JONI BROWN,

    Defendants.

**ORDER GRANTING PLAINTIFF'S MOTION
FOR EXTENSION OF TIME TO RESPOND TO
SUPPLEMENTAL MARTINEZ REPORT**

THIS MATTER comes before the Court on Plaintiff's Motion for Additional 30 Days to Respond to Defendants' Court Ordered Supplement to Filed Martinez Report [Doc. 41]. No response is necessary.

On August 10, 2009, the Court ordered Defendants to submit additional materials as a supplement to their Martinez report. Defendants complied, filing the supplement [Doc. 37] on September 4, 2009. Plaintiff's response was due 30 days thereafter. On September 29, 2009, Plaintiff filed this Motion, asking for an additional 30 days to prepare a response to the supplement, due to his recent transport to the Penitentiary of New Mexico and consequent delay in receiving his legal files. The Plaintiff having shown good cause therefor,

IT IS THEREFORE ORDERED that Plaintiff's Motion for Additional 30 Days to Respond to Defendants' Court Ordered Supplement to Filed Martinez Report [Doc. 41] is granted. Plaintiff's response to the supplementary Martinez report is now due on or before November 4, 2009.

                                                *Lorenzo F. Garcia*
                                                Lorenzo F. Garcia
                                                Chief United States Magistrate Judge